NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

JAK 04-253

STATE IN THE INTEREST OF

J.C.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20020443
HONORABLE EDWARD D. RUBIN, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

BILLY HOWARD EZELL
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Elizabeth A. Pickett, and Billy Howard Ezell,
Judges.

APPEAL DISMISSED.

Martha Steiner Morgan
Dept. Of Corrections
504 Mayflower Street
Baton Rouge, LA 70802
(225) 342-5935
Counsel for: Plaintiff/Appellant
State of La., Dept of Public Safety & Corrections

David Jeffrey Utter
Atty. At Law
1600 Oretha Castle Haley Blvd.
New Orleans, LA 70113
(504) 522-5437
Counsel for: Defendant/Appellee
J.C.